## UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| In Re: | ) | Chapter **13** |
| **Foday Veer Singhateh** | ) | Case No. **17-60113 - JRS** |
| **aka Foday V. Singhateh** | ) | Judge **James R. Sacca** |
| | ) | |

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF PAPERS

Pursuant to Bankruptcy Rules 2002 and 9010, the undersigned attorney enters this Notice of Appearance on behalf of Nationstar Mortgage LLC, its successors or assigns (hereinafter referred to as "Creditor"), a secured creditor in the above referenced case on real property located at 4466 Pipemaker Bluff, Douglasville, GA 30135. Creditor, through counsel, hereby requests that all notices to Debtor(s) or Creditors also be mailed in care of Creditor as follows:

Shapiro Pendergast & Hasty, LLP
211 Perimeter Center Parkway, N.E., Suite 300
Atlanta, GA 30346

Date: June 13, 2017         **Shapiro Pendergast & Hasty, LLP**

*/s/ Lucretia L. Scruggs*
Lucretia L. Scruggs
Georgia Bar No. 371008
211 Perimeter Center Parkway, NE
Suite 300
Atlanta, GA 30346
Phone: 770-220-2535
Fax: 770-220-2665
lscruggs@logs.com