UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| FODAY VEER SINGHATEH | : | CHAPTER   13 |
| | : | CASE NO.:   17-60113-jrs |
| Debtor(s). | : | |
| | : | |
| WORLD OMNI FINANCIAL CORP. | : | |
| Movant, | : | |
| vs. | : | CONTESTED MATTER |
| | : | |
| FODAY VEER SINGHATEH, Debtor | : | |
| NANCY J. WHALEY, Trustee | : | |
| Respondents. | : | |

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

The Creditor, World Omni Financial Corp. ("World Omni"), the undersigned and the firm of Tripp Scott, P.A. file this Notice of Appearance and Request for BNC notices and electronic copies of all pleadings filed in the above-styled case.

Respectfully submitted,

Tripp Scott, PA
*for the Creditor World Omni*
110 SE 6th Street, 15th Floor
Fort Lauderdale, Florida 33301
bankruptcy@trippscott.com
(954) 525-7500

/s/ *Angelo M. Castaldi*
Angelo M. Castaldi
Florida Bar No.  119098

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | | |
|---|---|---|---|
| IN RE: | : | | |
| | : | | |
| FODAY VEER SINGHATEH | : | CHAPTER | 13 |
| | : | CASE NO.: | 17-60113-jrs |
| Debtor(s). | : | | |
| | : | | |
| WORLD OMNI FINANCIAL CORP. | : | | |
| Movant, | : | | |
| vs. | : | CONTESTED MATTER | |
| | : | | |
| FODAY VEER SINGHATEH, Debtor | : | | |
| NANCY J. WHALEY, Trustee | : | | |
| Respondents. | : | | |

CERTIFICATE OF SERVICE

This is to certify that I have this day served all parties in the within and foregoing matter with a copy of the attached Notice of Appearance and Request for Notice by depositing a copy of same in the United States Mail, postage prepaid, addressed as follows:

**Foday Veer Singhateh**
4466 Pipemaker Bluff
Douglasville, GA 30135

**E. L. Clark**
**Clark & Washington, LLC**
**Bldg. 3**
**3300 Northeast Expwy.**
**Atlanta, GA 30341**

**Chapter 13 Trustee, Nancy J. Whaley**
303 Peachtree Center Avenue, Suite 120
Atlanta, GA 30303

On this 26th day of June, 2017,

/s/ *Angelo M. Castaldi*
Angelo M. Castaldi
Florida Bar No. 119098